CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
BRIAN J. KIM, ESQ.; STATE BAR NO.: 282538

JS-6

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd,, Ninth Floor**
**Sherman Oaks, California  91403**
**(818) 205-9955; (818) 205-9944 fax**
**E-Mail:  cmay@tharpe-howell.com**
**E-Mail:  gsharaga@tharpe-howell.com**
**E-Mail:  bkim@tharpe-howell.com**

Attorneys for Defendant,
        LOWE'S HOME CENTERS, LLC

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NORMA LOPEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>LOWE'S COMPANIES, INC., a North Carolina Corporation, and DOES 1 to 10,<br><br>                    Defendants. | CASE NO.: 5:14-cv-01259 PA (JCx)<br><br>(Riverside County Superior Court Case No.: RIC MCC 1400464)<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)** |

 **IT IS HEREBY ORDERED** that the Complaint of Plaintiff NORMA LOPEZ is hereby dismissed in its entirety, with prejudice.

Dated: September 17, 2015

By: _____
      U.S. DISTRICT COURT JUDGE

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221